**No. 52733.**—Air Express International Agency, Inc. *v.* United States, protest 139203–K (New York).

Opinion by JOHNSON, J.   An examination of the record revealed that the protest was not filed within the statutory period of 60 days after the date of liquidation, as required by section 514, Tariff Act of 1930.   The motion to dismiss was therefore granted.

**No. 52734.**—Francesco Pariante *v.* United States, protest 139725–K (New York).

Opinion by JOHNSON, J.   An examination of the papers failing to disclose any evidence sufficient to overcome the action of the collector, which was presumptively correct, the protest was overruled.

**No. 52735.**—The Danwill Company *v.* United States, protest 140521–K (New York).

Opinion by JOHNSON, J.   An examination of the papers failing to disclose any evidence sufficient to overcome the action of the collector, which was presumptively correct, the protest was overruled.

**No. 52736.**—Traders Service Corp. *v.* United States, protest 140845–K (New York).

Opinion by JOHNSON, J.   An examination of the papers failing to disclose any evidence sufficient to overcome the action of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE FIRST DIVISION, DECEMBER 15, 1948

**No. 52737.**—Bonoil Packing Corp. *v.* United States, petition 6613–R (New York).

Opinion by OLIVER, C. J.   The petition was dismissed.

**No. 52738.**—Waverly Sugar Company *v.* United States, petition 6706–R (Pembina).

Opinion by OLIVER, C. J.   The petition was dismissed.

BEFORE THE SECOND DIVISION, DECEMBER 15, 1948

**No. 52739.**—L. & E. Stirn et al. *v.* United States, protests 518722–G, etc. (New York).

Opinion by RAO, J.   An examination of the official papers failing to disclose any error in the action of the collector, the protests were overruled.